Case 8:97-cr-00104-RAL   Document 70   Filed 06/16/08   Page 1 of 2 PageID 81
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ELLIS WAYNE HUTSON | Case Number: 8:97-cr-104-T-26EAJ |
| | USM Number: 21276-018 |
| | Mary Mills, pda |
| | Defendant's Attorney |

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s) _____ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | Delivery of a controlled substance within 1000 feet of a church, occurring on 4/8/2008 | 4/8/2008 |
| 2 | Delivery of cocaine within a 1000 feet of a daycare, occurring on 4/8/2008 | 4/8/2008 |
| 3 | Deliver of cocaine, occurring on 4/8/2008 | 4/8/2008 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/13/08
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

6/16/08
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:   Ellis Wayne Hutson | Judgment - Page  2  of  2 |
| Case No.:    8:97-CR-104-T-26EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTY (60) MONTHS**

　　__X__ The Court makes the following recommendations to the Bureau of Prisons:
　　　　That the defendant be incarcerated at institution in Milan, Michigan or closest to that facility and be allowed to received drug treatment.

　　__X__ The defendant is remanded to the custody of the United States Marshal.

　　_____ The defendant shall surrender to the United States Marshal for this district:

　　　　___ at _____ a.m.   p.m.   on _____.

　　_____ as notified by the United States Marshal.

　　____ The defendant shall surrender for service of sentence at the institution designated by the Bureau             of Prisons:

　　　　____ before 2 p.m. on _____.

　　　　____ as notified by the United States Marshal.

　　　　____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL